# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Lewis,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. Collections West Inc., et al.,<br><br>　　　　Defendants. | No. CV-16-01567-PHX-GMS<br><br>**ORDER** |
| U.S. Collections West, Inc.,<br><br>　　　　Third Party Plaintiff,<br><br>v.<br><br>The Barry Company, LLC,<br><br>　　　　Third Party Defendant. | |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 38) and good cause appearing,

**IT IS ORDERED** that all claims of Plaintiff Michael Lewis against Defendants US Collections West, Inc., and Experian Information Solutions, Inc. and the third-party complaint against The Barry Company are dismissed with prejudice. All parties shall each bear their own costs and attorneys' fees.

Dated this 28th day of November, 2016.

_____
Honorable G. Murray Snow
United States District Judge